# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

DENISE DIANNA BUCHANAN,

  Petitioner,

vs.

WARDEN SHERYL FOSTER, *et al.*,

  Respondents.

3:06-CV-00340-LRH-RAM

**ORDER**

  Respondents have filed a motion for an enlargement of time to file a response to petitioner's first supplemental authorities and arguments. (Docket #53). Respondents seek a 21-day enlargement of time, up to and including October 29, 2007, to file a response. Having reviewed the motion and good cause appearing, respondents' motion is granted.

  **IT IS THEREFORE ORDERED** that respondents' motion for an enlargement of time to file a response (Docket #53) is **GRANTED.** The response shall be filed on or before **October 29, 2007.**

  DATED this 9th day of October, 2007.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE