UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DENISE DIANNA BUCHANAN, ) <br> ) <br> Petitioner, ) <br> ) <br> vs. ) <br> ) <br> WARDEN SHERYL FOSTER, *et al.*, ) <br> ) <br> Respondents. ) <br> / | 3:06-CV-00340-LRH-RAM <br><br> **ORDER** |

Respondents have filed a second motion for an enlargement of time to file a response to petitioner's first supplemental authorities and arguments. (Docket #55). Respondents seek a 15-day enlargement of time, up to and including November 13, 2007, to file a response. Having reviewed the motion and good cause appearing, respondents' motion is granted.

**IT IS THEREFORE ORDERED** that respondents' motion for an enlargement of time to file a response (Docket #55) is **GRANTED.**  The response shall be filed on or before **November 13, 2007.**

DATED this 30th day of October, 2007.

_____
LARRY R. HICKS
UNITED  STATES  DISTRICT  JUDGE