**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DENISE DIANNA BUCHANAN, ) | |
| Petitioner, ) | 3:06-CV-00340-LRH-RAM |
| vs. ) | |
| ) | **ORDER** |
| WARDEN SHERYL FOSTER, *et al.*, ) | |
| Respondents. ) | |

Respondents have filed a motion for an enlargement of time to file a response to petitioner's third supplemental authorities and arguments. (Docket #65). Respondents seek a 21-day enlargement of time, up to and including June 16, 2008, to file a response. Having reviewed the motion and good cause appearing, respondents' motion is granted.

**IT IS THEREFORE ORDERED** that respondents' motion for an enlargement of time to file a response (Docket #65) is **GRANTED.** The response shall be filed on or before **June 16, 2008.**

DATED this 28th day of May, 2008.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE