AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

***** DISTRICT OF    NEVADA

DENISE DIANNA BUCHANAN,

      Petitioner,          JUDGMENT IN A CIVIL CASE

V.

                                     CASE NUMBER: **3:06-CV-00340-LRH-RAM**

WARDEN SHERYL FOSTER, et al.,

      Respondents.

___    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_    **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that the petition for a writ of habeas corpus is DENIED IN ITS ENTIRETY.  IT IS FURTHER ORDERED that petitioner is **GRANTED** A CERTIFICATE OF APPEALABILITY as to Ground Three of the amended petition. IT IS FURTHER ORDERED that petitioner is **DENIED** A CERTIFICATE OF APPEALABILITY as to all other grounds in the amended petition.

   July 22, 2009                                                  **LANCE S. WILSON**
                                                                                   Clerk

                                                                            /s/ D. R. Morgan
                                                                            Deputy Clerk